

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Sheila Ardry Jones, Appellant

No. 06-19-00065-CR     v.

The State of Texas, Appellee

Appeal from the 2nd District Court of Cherokee County, Texas (Tr. Ct. No. 20628). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney fees and to reflect that Jones was convicted of a third-degree felony. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Sheila Ardry Jones, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 1, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk